IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| MID PENN BANK | PLAINTIFF |
| VS. | CIVIL ACTION NO. 5:23-cv-60-DCB-BWR |
| PRINCE PREFERRED HOTELS NATCHEZ d/b/a HAMPTON INN & SUITES | DEFENDANT |

**PLAINTIFF MID PENN BANK'S**
**MOTION FOR DEFAULT JUDGMENT**

Plaintiff Mid Penn Bank ("Mid Penn") files this motion under Federal Rule of Civil Procedure 55(b) for Entry of Default Judgment against Defendant Prince Preferred Hotels Natchez d/b/a Hampton Inn & Suites ("Defendant" or "Prince Preferred") for failure to plead, answer, or otherwise defend against Mid Penn's Complaint as follows.

1. Prince Preferred received a Paycheck Protection Program ("PPP") loan for $110,750.00 and failed to fully repay its lender, Mid Penn Bank.

2. After several failed attempts to resolve Defendant's outstanding indebtedness to Mid Penn, Mid Penn filed this lawsuit against Prince Preferred. ECF No. 1.

3. Mid Penn served Defendant with a copy of the Summons and Complaint. ECF Nos. 5 and 7.

4. Prince Preferred has failed to timely answer, plead, or otherwise defend against the Complaint.

5. The Clerk of Court has entered default against Prince Preferred. *See* ECF No. 9.

6. As discussed more fully in its Memorandum of Law, which is incorporated herein

82012601.v1

by reference, Mid Penn seeks a default judgment against Defendant.

7. In addition to its Memorandum of Law in support of this Motion, Mid Penn also relies on the Declaration of Bonnie Berkoski and the exhibits to the Berkoski Declaration, which are attached collectively to this Motion as <u>Exhibit 1</u>.

ACCORDINGLY, Mid Penn respectfully requests that the Court enter a default judgment in Mid Penn's favor against Prince Preferred, awarding Mid Penn the following relief:

(1) the Principal Amount of $110,750.00 plus the accrued $1,905.87 in annual interest;

(2) an accrued late fee at an interest rate of 5.00% totaling the amount of $5,648.09 due to Prince Preferred's default on December 8, 2021, and failure to pay within the 10-day grace period;

(3) pre-judgment interest at a rate of 8% from December 8, 2021, until August 29, 2023, in the amount of $15,265.83 and all interest that subsequently accrues through the date of the judgment; and

(4) post-judgment interest under 28 U.S.C. § 1961(a); and

(5) a declaration that Prince Preferred is liable for Mid Penn's reasonable and necessary attorneys' fees and costs, the amount of which the Court will determine in response to a Mid Penn post-judgment motion under Federal Rule of Civil Procedure 54(d).

Respectfully submitted, this the 19th day of September, 2023.

                              MID PENN BANK

                              By:    <u>/s/ La'Toyia J. Slay</u>
                                       La'Toyia J. Slay (MS Bar No. 104804)
                                       Brianna N. Caldwell (MS Bar No. 106461)

                              ITS ATTORNEYS

**OF COUNSEL:**

La'Toyia J. Slay, MS Bar No. 104804
Brianna N. Caldwell, MS Bar No. 106461
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400, Ridgeland, MS 39157
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 948-5700 (Telephone)
(601) 948-4500 (Fax)
La'Toyia.Slay@butlersnow.com
Brianna.Caldwell@butlersnow.com

82012601.v1

## CERTIFICATE OF SERVICE

I, La'Toyia J, Slay, do hereby certify that I have this day electronically filed the foregoing document with the Clerk of the Court using the ECF system.

I further certify that I have this served the foregoing document via U.S. Certified Mail, Return Receipt Requested to the following:

Prince Preferred Hotels Natchez
d/b/a Hampton Inn & Suites
Sunil Tolani, CEO & Registered Agent
18620 Seabiscuit Run
Yorba Linda, CA 92886

This the 19th day of September, 2023.

                                                  */s/ La'Toyia J. Slay*
                                                  La'Toyia J. Slay

82012601.v1