IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MID PENN BANK     PLAINTIFF

VS.     CIVIL ACTION NO. 5:23-cv-60-DCB-BWR

PRINCE PREFERRED HOTELS
NATCHEZ d/b/a HAMPTON INN &
SUITES     DEFENDANT

## CONSENT JUDGMENT

This matter is before the Court on the *ore tenus* motion of the parties for entry of a consent judgment in favor of Plaintiff Mid Penn Bank and against Defendant Prince Preferred Hotels Natchez d/b/a Hampton Inn & Suites. The Court, being fully advised in the premises, and aware that Defendant agreed to entry of this consent judgment, finds that this motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED,** that Plaintiff Mid Penn Bank shall and does hereby have a judgment against Defendant Prince Preferred Hotels Natchez d/b/a Hampton Inn & Suites in the following amount:

A. One Hundred Ten Thousand, Seven Hundred Fifty Dollars ($110,750.00);

B. All accrued annual interest from the date the initial default, December 8, 2022, until the amounts owed to Mid Penn Bank are fully collected;

C. A late payment fee of Five Thousand Six Hundred Forty-Eight and 09/100 Dollars ($5,648.09).

D. All reasonable attorneys' fees and costs incurred by Mid Penn Bank; and

82907587.v1

E. Pre- and post-judgment interest at the rate of 8% per annum accruing from December 8, 2022, which post-judgment interest will continue to accrue on any unpaid amount until paid in full.

SO ORDERED, this the 30th day of October, 2023.

/s/ David Bramlette
DISTRICT COURT JUDGE

AGREED AND CONSENTED TO:

Prince Preferred Hotels Natchez d/b/a Hampton Inn & Suites

By: _____

Date: 10/02/23

82907587.v1

**PREPARED BY AND AGREED TO:**

*/s/ Brianna Caldwell*

La'Toyia J. Slay, MS Bar No. 104804
Brianna N. Caldwell, MS Bar No. 106461
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400, Ridgeland, MS 39157
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 948-5700 (Telephone)
(601) 948-4500 (Fax)
La'Toyia.Slay@butlersnow.com
Brianna.Caldwell@butlersnow.com

COUNSEL FOR PLAINTIFF
MID PENN BANK